**Fill in this information to identify the case:**

**Debtor 1**  Philip W Bielawski

**Debtor 2**
(Spouse, if filing)

United States Bankruptcy Court for the : **Northern**    **District of**  Illinois
(State)

**Case number**  20-81500

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Community Loan Servicing, LLC, a Delaware Limited Liability Company

**Court claim no.** (if known):  4

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX2760

**Date of payment change:**
Must be at least 21 days after date of this notice    9/1/2021

**New total payment:**
Principal, interest, and escrow, if any    $1,932.65

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**  $ 538.44    **New escrow payment:**  $ 865.57

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**  %    **New interest rate:**  %

   **Current principal and interest payment:**  $ _____    **New principal and interest payment:**  $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**  $ _____    **New mortgage payment:**  $ _____

| Debtor 1 | **Philip W Bielawski** | Case number *(if known)* 20-81500 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Ciro A Mestres                                              Date   8/3/2021
        Signature

Print:   Ciro           A              Mestres           Title   Authorized Agent for Creditor
         First Name     Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell            GA              30076
          City               State           ZIP Code

Contact phone   678-281-6516                                  Email   Ciro.Mestres@mccalla.com

|  |  |
|---|---|
| In Re:<br>Philip W Bielawski | Bankruptcy Case No.: 20-81500<br>Chapter: 13<br>Judge: Thomas M. Lynch |

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Philip W Bielawski
9014 Alamonte Dr
Spring Grove, IL 60081

Nathan E Curtis                              *(served via ECF Notification)*
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Lydia Meyer, Trustee                         *(served via ECF Notification)*
Lydia Meyer - 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127

U.S. Trustee                                 *(served via ECF Notification)*
Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St. Suite 304
Madison, WI 53715

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/10/2021        By:    /s/Ciro A Mestres
                  (date)                Ciro A Mestres
                                        Authorized Agent for Creditor



Community Loan Servicing℠
P.O. Box 331409
Miami FL  33233-1409

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
**ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 07/22/2021**

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS
HAZARD INS                          $2,522.00
COUNTY TAX                          $7,864.74
Total                               $10,386.74
                                    $10,386.74 / 12 months =
**Escrow Payment Calculation**     $865.57

Philip W Bielawski
9014 Alamonte Dr
Spring Grove, IL 60081-8756

1684

NEW PAYMENT IS AS FOLLOWS:
Principal and Interest              $1,067.08
Required Escrow Payment             $865.57
Shortage/Surplus Spread
Optional Coverages
Buydown or Assistance Payments
Other

| Total Payment | $1,932.65 |
|---|---|
| New Payment Effective Date: | 09/01/2021 |

Current Payment Due Date:          11/01/2019

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 09/2021 through 08/2022 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $9,896.70-[1] | $1,731.04[2] |
| SEP 21 | $865.57 | | | | | | | $9,031.13- | $2,596.61 |
| OCT 21 | $865.57 | | | | | | | $8,165.56- | $3,462.18 |
| NOV 21 | $865.57 | | | | | | | $7,299.99- | $4,327.75 |
| DEC 21 | $865.57 | | | | | | | $6,434.42- | $5,193.32 |
| JAN 22 | $865.57 | | | | | | | $5,568.85- | $6,058.89 |
| FEB 22 | $865.57 | | | | | | | $4,703.28- | $6,924.46 |
| MAR 22 | $865.57 | | | | | | | $3,837.71- | $7,790.03 |
| APR 22 | $865.57 | | | $2,522.00 | | | | $5,494.14- | $6,133.60 |
| MAY 22 | $865.57 | | | | | $3,932.37 | COUNTY TAX-1 | $8,560.94- | $3,066.80 |
| JUN 22 | $865.57 | | | | | | | $7,695.37- | $3,932.37 |
| JUL 22 | $865.57 | | | | | | | $6,829.80- | $4,797.94 |
| AUG 22 | $865.57 | | | | | $3,932.37 | COUNTY TAX-2 | $9,896.60-* | $1,731.14 LP |
| Total | | | | $2,522.00 | | $7,864.74 | | | |

(1)  Your current escrow balance is negative $17,810.01. To project the next year's tax and insurance payment we added $11,845.68 for payments not yet made and subtracted $3,932.37 for disbursement not yet made.  This brings your projected starting balance to negative $9,896.70 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $1,731.14 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $9,896.60. Your bankruptcy escrow claim amount of $18,984.84 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $7,357.10. This results in a surplus once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $1,731.04 to arrive at the lowest (LP) required escrow balance.

The projected escrow surplus is only valid for loans that are current at the time of the analysis. An account is current if payment is received within 30 days of the payment due date.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ███████          **Name:** Philip W Bielawski

This is a statement of actual activity in your escrow account from 01/2021 through 08/2021. Last year's projections are next to the actual activity. No prior escrow analysis at Community. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $0.00 | $14,960.68- |
| JAN 21 |  | $497.43 * |  |  |  | $0.00 | $14,463.25- |
| MAR 21 |  | $497.43 * |  | $2,522.00 * | HAZARD INS | $0.00 | $16,487.82- |
| APR 21 |  | $994.86 * |  |  |  | $0.00 | $15,492.96- |
| MAY 21 |  | $1,076.88 * |  | $3,932.37 * | COUNTY TAX-1 | $0.00 | $18,348.45- L |
| JUN 21 |  | $538.44 * |  |  |  | $0.00 | $17,810.01- |
| JUL 21 |  | $11,307.24 *E |  |  |  | $0.00 | $6,502.77- |
| AUG 21 |  | $538.44 *E |  | $3,932.37 *E | COUNTY TAX-2 | $0.00 | $9,896.70- |
| Total | $0.00 | $15,450.72 | $0.00 | $10,386.74 |  |  |  |

* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
**Current Escrow Balance**             $17,810.01-
**Payments Not Yet Made**              $11,845.68
**Disbursements Not Yet Made**         $3,932.37
**Projected Escrow Balance**           $9,896.70-

At the time of your escrow account review, your expected lowest balance was $0.00 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $18,348.45, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt. The investor may require that you assume the loan in order to complete the Modification process.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
www.communityloanservicing.com

**The following mailing address must be used for all Error Notices & Information Requests: Community Loan Servicing, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**